[No. 9,186.   Department One.—April 29, 1884.]

THOMAS H. WILLIAMS, RESPONDENT, v. THE BOARD OF SUPERVISORS OF SACRAMENTO COUNTY, APPELLANT.

CERTIORARI—SWAMP LANDS.—An order of a board of supervisors creating a swamp land district is not a judicial act, and cannot be reviewed upon *certiorari*.

APPEAL from a judgment of the Superior Court of the county of Sacramento.

Henry Hebb, an owner of lands included in an organized swamp land district, applied to the supervisors to have his land segregated and made a new and independent district, under the provisions of the Act of April 15, 1880, amendatory of section 3484 of the Political Code. A protest was filed by Williams, the respondent, who was a land owner in the district. The board granted the petition of Hebb. Williams procured a writ of review from the Superior Court, and upon a hearing the action of the board was annulled. The appeal is from this judgment.

*Grove L. Johnson,* for Appellant.

*George W. Gordon,* and *Thomas H. Williams,* for Respondent.

THE COURT. — The order of a board of supervisors, creating a district for the reclamation of swamp land, is an act of legisla-

tion, in the exercise of the taxing or police power of the State, which is not reviewable upon *certiorari.* (*Bixler* v. *County of Sacramento,* 59 Cal. 700.) The writ of *certiorari* is, as a remedy, only available for the review of an act judicial in its character.

Judgment reversed and cause remanded.